UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. I:19-cv-23494-JLK

REGINALD BERTRAM JOHNSON,

    Petitioner,

v.

MARK INCH, SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER comes before the Corni upon the August 30, 2022 Report & Recommendation (DE 52) of Magistrate Judge Lauren Louis, recommending denial of Petitioner's Amended Petition for Writ of Habeas Corpus (DE 7), entry of final judgment in favor of Respondent, and that no certificate of appealability shall issue. *See* R&R at 26. After a thorough *de nova* review of the record and consideration of the Report & Recommendation and Petitioner's Objections[1] (DE 57), the Court finds that Magistrate Judge Louis's well-reasoned R&R accurately states the facts and law of the case, and addressed the issues raised in Petitioner's Objections.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that:

1. Magistrate Judge Louis's August 30, 2022 Report and Recommendation (DE 52) be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of this Court.

2. Petitioner's Amended Petition for Writ of Habeas Corpus **(DE** 7) is **DENIED.**

3. No certificate of appealability shall issue.

---

[1] Although Petitioner's Objections (DE 57) do not appear on the docket until September 21, 2022, after the 14-day deadline, a closer look reveals that Petitioner timely submitted his Objections to an officer for mailing on September 13, 2022.

4. The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 13th day of December, 2022.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:   **All counsel of record**
   **Magistrate Judge Louis**
   **Reginald Bertram Johnson,** *prose*